# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0571
LT Case No. 2022-CA-004415

_____

GERALD WAYNE NAPOLI,

    Appellant,

    v.

SUMMER PEREZ and VIVIAN
TAYLOR,

    Appellees.

_____

On appeal from the Circuit Court for Duval County.
Waddell A. Wallace, III, Judge.

Gerald Wayne Napoli, Jacksonville, pro se.

Summer Perez and Vivan M. Taylor, Middleburg, pro se.

November 20, 2025

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---